IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., and FLFMC, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> WHAM-O, INC., <br><br> Defendant. | ) Civil Action No. 2:10-cv-00435 <br> ) <br> ) Honorable Arthur J. Schwab <br> ) <br> ) **ELECTRONICALLY FILED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF CONSTITUTIONAL QUESTION

TO THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA:

PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P.* 5.1, defendant Wham-O, Inc. ("Wham-O") submits this Notice of Constitutional Question.

Wham-O is challenging the constitutionality of the *qui tam* provisions of 35 U.S.C. § 292. Specifically, Wham-O asserts that, as drafted, 35 U.S.C. § 292(b) violates the "Take Care" and "Appointments" clauses of Article II of the United States Constitution as it fails to provide for the necessary supervision of the *qui tam* litigant who is purporting to enforce a criminal statute on behalf of the government.

Wham-O has asserted the above constitutional challenge in connection with its Motion to Dismiss the Complaint filed in the above captioned matter. A copy of the Motion to Dismiss is attached hereto as **Exhibit "A"**.

>Respectfully submitted,
>
>BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
>
>By: /s/ Heather S. Heidelbaugh
>Heather S. Heidelbaugh, Esq.
>PA I.D. No. 49989

        E-mail: hheidelbaugh@bccz.com
        Christopher M. Helms, Esq.
        PA. I.D. No. 208517
        E-mail: chelms@bccz.com
        Two Gateway Center, 6th Floor
        Pittsburgh, PA 15222
        Firm I.D. No. 812
        (412) 394-5636

        Andrew V. Jablon (*pro hac vice*)
        E-Mail: ajablon@rpblaw.com
        RESCH POLSTER & BERGER LLP
        9200 Sunset Boulevard, Ninth Floor
        Los Angeles, California 90069-3604
        Telephone:   310-277-8300
        Facsimile:    310-552-3209

Dated: July 2, 2010        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Notice of Constitutional Question** has been served on this 2nd day of July, 2010, upon the following:

Attorney General of the United States
Department of Justice
Room 4400
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(via U.S. Certified Mail)


David G. Oberdick, Esq.
dgo@muslaw.com
Tony J. Thompson, Esq.
tjt@muslaw.com
MEYER, UNKOVIC & SCOTT, LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
(via the Court's Electronic Filing System)


/s/ Heather S. Heidelbaugh
Heather S. Heidelbaugh

*Counsel for Defendant*