IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, ex rel., and
FLFMC, LLC,

        Plaintiffs,

v.

WHAM-O, INC.,

        Defendant.

10cv0435
**ELECTRONICALLY FILED**

## ORDER OF COURT

AND NOW, this 3rd day of August, 2010, for the reasons set forth in the accompanying Memorandum Opinion at (Doc. No. 28), Defendant's Motion to Dismiss (Doc. No. 13) is HEREBY GRANTED.

Summary Judgment is entered in favor of Defendant.

The Clerk of Court is directed to mark this case closed.

        s/ Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge

cc:  all ECF Registered Counsel